UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WILLIAM MILLS,

        *Plaintiff,*

   -against-

MR. BULT'S INC., d/b/a/ MBI

        *Defendant.*

----------------------------------------------------------------x

Case No.: 16-cv-1872 DLI-PK

STIPULATION OF VOLUNTARY DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff William Mills and Defendant Mr. Bult's, Inc., d/b/a MBI, both of whom have appeared in this action, as follows:

    1.    This action was commenced by Plaintiff Mills by filing a Complaint in this Court on April 18, 2016, to which Defendant Mr. Bult's Inc. timely responded by filing an Answer denying all material allegations of the Complaint and interposing both affirmative and other defenses.

    2.    Although commenced as a putative class and/or collective action, no motion to certify this as either a class or collective action was ever filed, nor did the Court certify this matter as a class action or conditionally certify it to proceed as a collective action. In addition, no receiver has been appointed; nor is the action governed by any statute of the United States that requires an order of the court for dismissal.

3. This Action, having been fully and finally settled by and between the parties under the terms of a negotiated confidential settlement agreement, hereby is dismissed, with prejudice.

Dated: January 5, 2017

FISHER TAUBENFELD LLP

By_____
MICHAEL TAUBENFELD
*Attorneys for Plaintiff*
*William Mills*

SCHNADER HARRISON SEGAL & LEWIS LLP

By_____
SCOTT J. WENNER
*Attorneys for Defendant*
*Mr. Bult's, Inc., d/b/a MBI*

Dated: Brooklyn, New York
       February 21, 2017

SO ORDERED:

*Peggy Kuo*

_____
PEGGY KUO
U.S. Magistrate Judge